

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

JOSHUA PASTER
DIRECT DIAL: 212 • 309 • 1292
EMAIL: jpaster@Hunton.com

April 12, 2018

FILE NO: 10546.1

**Via ECF**
Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Miah v. The Bureaus, Inc.*, 1:18-cv-01595-LDH-SMG

Dear Judge Gold:

We represent Defendant The Bureaus, Inc. ("TBI") in the above matter and write pursuant to Your Honor's Individual Practice 1(D) to respectfully request that the Court adjourn the Initial Conference, currently scheduled for April 26, 2018 (ECF No. 6).

We respectfully request an adjournment because the undersigned counsel of record for TBI will be in Los Angeles during the week of April 23, including on April 26, to take several depositions in an unrelated case.

We have conferred with Plaintiff's counsel, who consents to this adjournment request. The parties mutually are available for the Initial Conference on May 1, 2, or 3.[1]

This is the first request for an adjournment of the Initial Conference, and thus no previous request has been granted or denied. This adjournment will not affect any other scheduled date insofar as no scheduling order has yet been entered by the Court.

Thank you for your attention to this matter.

Respectfully submitted,

Joshua Paster

cc:   counsel of record (via ECF)

---

[1] To the extent those dates are not convenient for the Court, I wish to advise the Court that I also will be in Los Angeles during the week of May 7 for additional depositions.