UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNY MIAH,

                Plaintiff,                    Case No. 1:18-cv-01595-LDH-SMG

   - against -                                 NOTICE OF MOTION TO
                                               ADMIT COUNSEL
THE BUREAUS, INC.,                         PRO HAC VICE

                Defendant.
-----------------------------------------------------------------X

TO:    Subhan Tariq, Esq.
         The Tariq Law Firm, PLLC
         68 Jay Street, Suite 201
         Brooklyn Heights, New York 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Actuate Law LLC and a member in good standing of the bar of the State of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant The Bureaus, Inc. There are no pending disciplinary proceedings against me in any State of Federal court.

Dated:                                      Respectfully Submitted,

                                        /s/ Dara Chevlin Tarkowski
                                        Dara Chevlin Tarkowski
                                        Firm Name: ACTUATE LAW LLC
                                        901 W. Jackson Blvd., Ste 204
                                        Chicago, Illinois 60607
                                        Telephone: (312) 579-3135
                                        Facsimile: (847) 477-6328
                                        Email: dara.tarkowski@actuatelaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNY MIAH,

                Plaintiff,           Case No. 1:18-cv-01595-LDH-SMG

    - against -

                                      AFFIDAVIT OF DARA CHEVLIN
                                      TARKOWSKI IN SUPPORT OF
THE BUREAUS, INC.,                      MOTION TO ADMIT COUNSEL
                                      PRO HAC VICE

                Defendant.
------------------------------------------------------------X

STATE OF ILLINOIS        )
                                    )   ss:
COUNTY OF COOK       )

        Dara Chevlin Tarkowski, being duly sworn, hereby deposes and says as follows:

        1.     I am a Partner with the law firm Actuate Law LLP.

        2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

        3.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Illinois Bar.

        4.     There are no pending disciplinary proceedings against me in any state or federal court.

        5.     I have not been convicted of a felony.

        6.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

        7.     WHEREFORE, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this matter for Defendant The Bureaus, Inc.

Dated:                                  Respectfully Submitted,

                                        _____
                                        Dara Chevlin Tarkowski
                                        Firm Name: ACTUATE LAW LLC
                                        901 W. Jackson Blvd., Ste 204
                                        Chicago, Illinois 60607
                                        Telephone: (312) 579-3135
                                        Facsimile: (847) 477-6328
                                        Email: dara.tarkowski@actuatelaw.com


Sworn to and subscribed before me

this _12_ day of April, 2018.



_____
NOTARY PUBLIC



My Commission expires:


OFFICIAL SEAL
CHRISTINE M. LYMAN
Notary Public - State of Illinois
My Commission Expires 4/01/2019

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Dara Chevlin Tarkowski

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2007 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of April, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois