## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **May 2, 2018** |
| **TIME:** | **11:30 a.m.** |
| **DOCKET NUMBER(S):** | **CV 18-1595 (LDH)** |
| **NAME OF CASE(S):** | **Miah v. The Bureaus, Inc.** |
| **FOR PLAINTIFF(S):** | **Tariq** |
| **FOR DEFENDANT(S):** | **Paster** |
| **NEXT CONFERENCE(S):** | **CASE MANAGEMENT CONFERENCE AT 11:00 AM ON JULY 11, 2018** |
| **FTR/COURT REPORTER:** | **N/A** |

**INITIAL CONFERENCE RULINGS:**

**Plaintiff will provide defendant with a proposed amended complaint by May 4.**

**If defendant objects to plaintiff's proposed amended pleading, defendant shall so advise plaintiff's counsel by May 7, and plaintiff may then seek leave to amend from the Court.**

**If defendant does not object to the filing, plaintiff will file the amended complaint by May 8 and make prompt attempts to serve the amended pleading.**

**THE COURT WILL HOLD A CASE MANAGEMENT CONFERENCE AT 11:00 AM ON JULY 11, 2018.**