

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

JOSHUA PASTER
DIRECT DIAL: 212 • 309 • 1292
EMAIL: jpaster@Hunton.com

June 21, 2018

FILE NO: 10546.1

**Via ECF**
Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Miah v. The Bureaus, Inc.*, 1:18-cv-01595-LDH-SMG

Dear Judge Gold:

We represent Defendant, The Bureaus, Inc. ("TBI") in this matter and write pursuant to Your Honor's Individual Practice 1(D) to respectfully request an extension of time to answer or otherwise respond to the Amended Complaint, until July 13, 2018.  TBI's response to the Amended Complaint currently is due June 21, 2018. (*See* ECF No. 11.)

The Amended Complaint includes two additional Defendants, Bureaus Investment Group Portfolio No. 15, LLC ("BIG 15") and Sentry Credit, Inc. ("Sentry"), neither of which have been served as of this writing.  As such, and in order to keep all parties on the same schedule, TBI makes this request to extend the deadline for it to respond to the Amended Complaint.

We have conferred with Plaintiff's Counsel who consents to this extension.

This is the second request for an adjournment of TBI's time to respond to Plaintiff's Amended Complaint.  TBI made one prior request, as stated above, due to several consecutive personal and professional deadlines.  An additional request to extend the time to respond to the initial complaint also was made, but the request was mooted by TBI filing its answer. A request to adjourn the initial Conference also was made and granted. [ECF No. 7]. This request is not made for purposes of delay or prejudice. This adjournment will not affect any other scheduled dates in so far as no scheduling order has yet been entered by the Court.  While the next Case Management Conference is scheduled for July 11, 2018 [ECF No. 9], the parties have conferred and jointly will request that the Conference be adjourned until after all parties are served.

For the foregoing reasons, TBI respectfully requests an extension of time to answer, move, or otherwise respond to the First Amended Complaint, until July 13, 2018.

Thank you for your attention to this matter.



Hon. Steven M. Gold
June 21, 2018
Page 2

Respectfully submitted,

Joshua Paster

cc:     counsel of record (via ECF)