

68 Jay Street - Suite 201
Brooklyn Heights, NY 11201


**OFFICE:** (718) 674 - 1245
**FAX:** (516) 453 - 0490

July 3, 2018

<u>**VIA ECF**</u>

Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    **Miah, Anny v. The Bureaus, Inc.**
              **1:18-cv-01595-LDH-SMG**

Dear Judge Gold,

      Our firm represents Plaintiff, Anny Miah ("Plaintiff"), in the above-referenced matter. This letter is written to request an adjournment of the Case Management Conference, now scheduled for July 11, 2018 at 11:00 AM.

      This request is made with Defendant's Counsel's consent. Defendant's Counsel requested an extension of time to answer, move, or otherwise respond to the First Amended Complaint, until July 13, 2018.

      For the foregoing reason, we respectfully request a new Case Management Conference on any day of the week of August 6 to August 10, 2018.

      We are most appreciative for Your Honor's consideration to this matter.


                                Respectfully Submitted,

                                *s/Subhan Tariq*

                                Subhan Tariq, Esq.


cc: Joshua S. Paster, Esq.