UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ANNY MIAH,

                Plaintiff,

vs.

BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15, LLC, THE BUREAUS,
INC, and SENTRY CREDIT INC,

                Defendants.

-------------------------------------------------------------X

Case No.:1:18-cv-01595-LDH-SMG

**DEFENDANT
THE BUREAUS, INC.'S
RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Defendant THE BUREAUS, INC. ("TBI"), a nongovernmental corporate party, by its attorneys, Gordon Rees Scully Mansukhani, LLP, submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

    1.      No publically held corporation owns 10% or more of TBI.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: New York, New York
          July 25, 2018

                                        GORDON REES SCULLY
                                        MANSUKHANI, LLP

                                        /s/ *Robert Modica*
                                        Robert Modica, Esq.
                                        1 Battery Park Plaza
                                        New York, New York 10004
                                        T: (212) 269-5500
                                        F: (212) 269-5505
                                        rmodica@grsm.com
                                        *Attorneys for Defendant*
                                        *THE BUREAUS, INC.*

Via ECF:
Subhan Tariq, Esq.
Attorney I.D.# ST9597
The Tariq Law Firm, PLLC
68 Jay Street, Suite 201
Brooklyn, NY 11201
T: (718) 674-1245
F: (516) 453-0490
subhan@tariqlaw.com
*Attorneys for Plaintiff*