UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ANNY MIAH,

                Plaintiff,

    vs.

BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15, LLC, THE BUREAUS,
INC, and SENTRY CREDIT INC,

                Defendants.

---------------------------------------------------------------X

Case No.:1:18-cv-01595-LDH-SMG

**DEFENDANT BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15, LLC ("BIG15"), a nongovernmental corporate party, by its attorneys, Gordon Rees Scully Mansukhani, LLP, submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

1.    No publically held corporation owns 10% or more of BIG15.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: New York, New York
         July 25, 2018

                                              GORDON REES SCULLY
                                              MANSUKHANI, LLP

                                              /s/ *Robert Modica*
                                              Robert Modica, Esq.
                                              1 Battery Park Plaza
                                              New York, New York 10004
                                              T: (212) 269-5500
                                              F: (212) 269-5505
                                              rmodica@grsm.com
                                              *Attorneys for Defendant*
                                              *BUREAS INVESTMENT GROUP*
                                              *PORTFOLIO NO. 15, LLC*

Via ECF:
Subhan Tariq, Esq.
Attorney I.D.# ST9597
The Tariq Law Firm, PLLC
68 Jay Street, Suite 201
Brooklyn, NY 11201
T: (718) 674-1245
F: (516) 453-0490
subhan@tariqlaw.com
*Attorneys for Plaintiff*