UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANNY MIAH,

                Plaintiff,

vs.

BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15, LLC, THE BUREAUS,
INC, and SENTRY CREDIT INC,

                Defendants.

------------------------------------------------------------X

Case No.:1:18-cv-01595-LDH-SMG

**DEFENDANT SENTRY CREDIT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant SENTRY CREDIT, INC., a nongovernmental corporate party, by their attorneys, Gordon Rees Scully Mansukhani, LLP, submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

1. No publically held corporation owns 10% or more of SENTRY CREDIT, INC.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: New York, New York
        July 25, 2018

                                      GORDON REES SCULLY
                                      MANSUKHANI, LLP

                                      */s/ Robert Modica*
                                      Robert Modica, Esq.
                                      1 Battery Park Plaza
                                      New York, New York 10004
                                      T: (212) 269-5500
                                      F: (212) 269-5505
                                      rmodica@grsm.com
                                      *Attorneys for Defendant*
                                      *SENTRY CREDIT, INC*.

Via ECF:
Subhan Tariq, Esq.
Attorney I.D.# ST9597
The Tariq Law Firm, PLLC
68 Jay Street, Suite 201
Brooklyn, NY 11201
T: (718) 674-1245
F: (516) 453-0490
subhan@tariqlaw.com
*Attorneys for Plaintiff*