UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANNY MIAH,                                             Civil Action No: 1:18-cv-01595-LDH-SMG

        Plaintiff,

  -against-                                    **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE**

BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15, LLC,
THE BUREAUS, INC, and SENTRY CREDIT INC,

        Defendant(s).
_____/

To the Clerk of the above-named Court:

      It is hereby agreed by the undersigned parties and attorneys for Plaintiff Anny Miah, and Defendants Bureaus Investment Group Portfolio No. 15, LLC, The Bureaus, Inc, and Sentry Credit Inc, that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

| | |
|---|---|
| **The Tariq Law Firm, PLLC** | **Gordon & Rees, LLP** |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *Anny Miah* | *Bureaus Investment Group Portfolio No. 15, LLC,* |
| | *The Bureaus, Inc, and Sentry Credit Inc* |
| | |
| By: /s/Subhan Tariq | By: /s/ Robert Modica |
|      Subhan Tariq, Esq. |      Robert Modica, Esq. |
| | |
| 68 Jay Street, Suite 201 | One Battery Park Plaza |
| Brooklyn, NY 11201 | 28th Floor |
| Tel No: (718) 674-1245 | New York, NY 10004 |
| | Tel No: (212) 269-5500 |