

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 09 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANNY MIAH,

Civil Action No: 1:18-cv-01595-LDH-SMG

Plaintiff,

-against-

STIPULATION OF DISMISSAL
WITH PREJUDICE

BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15, LLC,
THE BUREAUS, INC, and SENTRY CREDIT INC,

Defendant(s).

_____/

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Anny Miah, and Defendants Bureaus Investment Group Portfolio No. 15, LLC, The Bureaus, Inc, and Sentry Credit Inc, that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

**The Tariq Law Firm, PLLC**
*Attorney for Plaintiff*
*Anny Miah*

By: /s/Subhan Tariq
    Subhan Tariq, Esq.

68 Jay Street, Suite 201
Brooklyn, NY 11201
Tel No: (718) 674-1245

**Gordon & Rees, LLP**
*Attorney for Defendants*
*Bureaus Investment Group Portfolio No. 15, LLC,*
*The Bureaus, Inc, and Sentry Credit Inc*

By: /s/ Robert Modica
    Robert Modica, Esq.

One Battery Park Plaza
28th Floor
New York, NY 10004
Tel No: (212) 269-5500

So Ordered

August 9, 2018

/s/ LDH
_____
LaShann DeArcy Hall
United States District Judge